UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 25-5769-DMG (AYPx)** | Date | March 9, 2026 |
|---|---|---|---|

| Title | *Dameon Marcel Burnham v. TransUnion LLC* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:   IN CHAMBERS—ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On January 26, 2026, the Court set a Scheduling Conference. [Doc. # 25.]  As required by the Court's Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel must file a **Joint** Rule 26(f) Report.  To date, a Joint Rule 26(f) Report has not been filed.  Plaintiff and Defendant have instead filed unilateral reports in violation of the Court's Order.

Their dispute arises because Plaintiff, who proceeds *pro se* (*i.e.*, unrepresented), mistakenly believes the scheduling conference can occur via writing or an exchange of emails.  The Court directs Plaintiff to the Order Scheduling Meeting of Counsel [Doc. # 25], which directs counsel (including Plaintiff, since he is *pro se*) to "meet" (whether via telephone, in person, or video conference).

IT IS HEREBY ORDERED that the parties show cause in writing no later than **April 3, 2026,** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report.  **The filing of a Joint Rule 26(f) Report by the April 3rd deadline will be deemed a satisfactory response.  Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on March 13, 2026 is hereby **VACATED** and will be rescheduled if necessary.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|